UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRENTICE COX,

                Plaintiff,

   - against -

257 S G PIZZA CORP. d/b/a CIAO BELLA and
GUISAR REALTY CORP.

                Defendants.
------------------------------------------------------------------X

Civil Case No.: 1:19-cv-00005-PGG-SN

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

    **PLEASE TAKE NOTICE** that Ariadne Panagopoulou hereby withdraws as counsel for Defendants in this matter, since she is no longer an associate of Pardalis & Nohavicka, LLP. The remaining attorneys of record for Defendants will continue to serve as counsel for Defendants.

    FURTHER, it is hereby requested that the Clerk terminate CM/ECF notices as to Ms. Panagopoulou for this action.

Dated:    New York, New York
            July 16, 2019

                                    Respectfully submitted,

                                    Ariadne Panagopoulou

                                  By: /s/ Ariadne Panagopoulou
                                    77 Water Street, Suite 2100
                                    New York, New York 10005
                                    212-232-1300
                                    Ariadne.Panagopoulou@lewisbrisbois.com

To:    All counsel of Record (Via ECF)

## CERTIFICATE OF SERVICE

  Ariadne Panagopoulou, an attorney duly admitted to practice before this court, certifies that on July 16, 2019, she caused to be electronically filed with the Court and served via ECF upon all counsel of record, the Motion to Withdraw as Counsel for Defendants.

            /s/ Ariadne Panagopoulou
            Ariadne Panagopoulou